AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Delaware__

FELTON PETROLEUM, INC.

V.

GPM INVESTMENTS, L.L.C.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-760-

TO: (Name and address of Defendant)

GPM Investments, L.L.C.
c/o National Registered Agents, Inc.
160 Greentree Drive, Suite 101
Dover, DE 19904
302-674-4089

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

D. Benjamin Snyder (DE Bar #4038)
Prickett, Jones & Elliott, P.A.
11 North State Street
Dover, DE 19901
302-674-3841

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                 11/26/07
_____           _____
CLERK                                            DATE

_[signature]_
_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE November 27 2007 |
| NAME OF SERVER *(PRINT)* Bryan Skelkie | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: National Registered Agents Inc 160 Greentree Drive Ste 101 Dover DE. Service Accepted by Diane Flanagan @ 10:55 Am

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/27/07
*Date*

*Signature of Server*

15 East North Street Dover DE 19901
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.