IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELTON PETROLEUM, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>v.<br><br>GPM INVESTMENTS, L.L.C., a Delaware limited liabilty company,<br><br>                Defendant. | C.A. No. 07-00760-UNA |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Michael R. Robinson as attorney for Defendant GPM Investments, L.L.C. in the above-captioned matter.

OF COUNSEL

Brian T. Guthrie
SAUL EWING LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(215) 972-7777 (phone)
(215) 972-7725 (fax)
bguthrie@saul.com

Dated: November 29, 2007

/s/ Michael R. Robinson
Michael R. Robinson (DE Bar No. 4452)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19801-1611
(302) 421-6800 (phone)
(302) 421-6813 (fax)
mrobinson@saul.com

*Counsel for Defendant GPM Investments, L.L.C.*

553912.1 11/29/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELTON PETROLEUM, INC., a Delaware corporation, : : : Plaintiff, : : v. : : GPM INVESTMENTS, L.L.C., a Delaware limited liabilty company, : : Defendant. : | C.A. No. 07-00760-UNA |

## CERTIFICATE OF SERVICE

I, Michael R. Robinson, hereby certify that on this 29th day of November, 2007, I caused a true and correct copy of the foregoing Entry of Appearance to be served electronically via CM/ECF system upon the following counsel of record:

David B. Snyder, Esq.
PRICKETT, JONES & ELLIOTT, P.A.
11 North State Street
Dover, DE 19901

/s/ Michael R. Robinson
Michael R. Robinson (DE Bar No. 4452)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19801-1611
(302) 421-6800 (phone)
(302) 421-6813 (fax)
mrobinson@saul.com

*Counsel for Defendant GPM Investments, L.L.C.*

553912.1 11/29/07