IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| FELTON PETROLEUM, INC., a Delaware corporation, | : : : : |
| Plaintiff, | : : C.A. No. 07-00760-UNA |
| v. | : : : |
| GPM INVESTMENTS, L.L.C., a Delaware limited liabilty company, | : : : |
| Defendant. | : |

---

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Brian T. Guthrie, Esquire, of Saul Ewing LLP, 1500 Market Street, 38th Floor, Philadelphia, PA 19102, (215) 972-7777, to represent Defendant GPM Investments, L.L.C. in this matter.

In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's office with this motion.

/s/ Michael R. Robinson
Michael R. Robinson (DE Bar No. 4452)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19801-1611
(302) 421-6800 (phone)
(302) 421-6813 (fax)
mrobinson@saul.com

Dated: November 29, 2007          *Counsel for Defendant GPM Investments, L.L.C.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: November 29, 2007        Signed: _____
                                       Brian T. Guthrie
                                       SAUL EWING LLP
                                       1500 Market Street, 38th Floor
                                       Philadelphia, PA 19102
                                       (215) 972-7777 (phone)
                                       (215) 972-7725 (fax)
                                       bguthrie@saul.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Brian T. Guthrie, Esquire, is granted.

Date: _____    _____
                                  United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELTON PETROLEUM, INC., a Delaware corporation, | : : : |
| Plaintiff, | : : C.A. No. 07-00760-UNA |
| v. | : : |
| GPM INVESTMENTS, L.L.C., a Delaware limited liabilty company, | : : : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

I, Michael R. Robinson, hereby certify that on this 29th day of November, 2007, I caused a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* to be served electronically via CM/ECF system upon the following counsel of record:

David B. Snyder, Esq.
PRICKETT, JONES & ELLIOTT, P.A.
11 North State Street
Dover, DE  19901

/s/ Michael R. Robinson
Michael R. Robinson (DE Bar No. 4452)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware  19801-1611
(302) 421-6800 (phone)
(302) 421-6813 (fax)
mrobinson@saul.com

*Counsel for Defendant GPM Investments, L.L.C.*