# PRICKETT, JONES & ELLIOTT
A PROFESSIONAL ASSOCIATION
**11 NORTH STATE STREET**
**DOVER, DELAWARE 19901**
TEL: (302) 674-3841
FAX: (302) 674-5864
http://www.prickett.com

WAYNE N. ELLIOTT
JOHN W. PARADEE
D. BENJAMIN SNYDER*
GLENN C. MANDALAS*
KEVIN M. BAIRD

WILMINGTON OFFICE
1310 KING STREET, P.O. 1328
WILMINGTON, DE 19899
TEL: (302) 888-6500
FAX: (302) 658-8111

* ALSO ADMITTED IN PA

Writer's E-Mail Address: DBSNYDER@prickett.com

November 30, 2007

*Via Hand-Delivery*

Dr. Peter T. Dalleo
Clerk, United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King St.
Wilmington, Delaware 19801

    Re:    **Felton Petroleum, Inc. v. GPM Investments, L.L.C.**
             **Civil Action No. 07-00760- UNA**

Dear Dr. Dalleo:

    I write on behalf of the plaintiff, Felton Petroleum, Inc., in the above-referenced action. For the Court's convenience, I have enclosed a copy of the Complaint in this matter. Because of urgency of these claims, Plaintiff respectfully requests that this matter be assigned promptly to the first available Judge.

    As set forth in more detail in Plaintiff's Complaint, Defendant issued a Notice of Termination of Franchise for the Plaintiff's gas station franchise, effective midnight December 31, 2007. We planned to file a Motion for Temporary Restraining Order, however, the Defendant has agreed to maintain the status quo and delay the termination for 30 days until February 1, 2008 on the assumption that a Motion for Preliminary Injunction could be decided before that date. Accordingly, the Plaintiff respectfully requests prompt assignment of this case, so that the parties may confer via teleconference with the Court to implement a scheduling order consistent with this time frame.

    Thank you for your attention to this matter. If you should have any questions whatsoever, counsel are available at your convenience.

                                                      Respectfully submitted,

                                                      D. Benjamin Snyder
                                                      (DE Bar No. 4038)

cc:   Michael Robinson, Esquire (w/o enclosure)
      John W. Paradee, Esquire
      Samir Patel
      Darrin Buonno