IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELTON PETROLEUM, INC., a Delaware corporation, | ) C.A. No.: 07-00760-JJF )  ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GPM INVESTMENTS, L.L.C., a Delaware limited liability company, | ) ) ) |
| Defendant. | ) |

**NOTICE OF SERVICE OF DISCOVERY**

PLEASE TAKE NOTICE that **PLAINTIFF FELTON PETROLEUM, INC.'S FIRST SET OF INTERROGATORIES & PLAINTIFF FELTON PETROLEUM, INC.'S FIRST REQUEST FOR PRODUCTION** were served upon the following counsel on December 11, 2007 via e-mail and regular U.S. Mail. A copy of this Notice of Service was also served on the counsel below by e-mail and U.S. Mail on December 11, 2007.

Michael R. Robinson, Esquire
Saul Ewing, LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19801-1611

PRICKETT, JONES & ELLIOTT, P.A.

BY: _____
D. Benjamin Snyder (ID No. 4038)
11 North State Street
Dover, Delaware 19901
(302) 674-3841
*Attorney for Plaintiff,*
*Felton Petroleum, Inc.*

DATED: 12/11/07

20344.1\354087v1