**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**11 NORTH STATE STREET**
**DOVER, DELAWARE 19901**
TEL: (302) 674-3841
FAX: (302) 674-5864
http://www.prickett.com

WAYNE N. ELLIOTT
JOHN W. PARADEE
D. BENJAMIN SNYDER*
GLENN C. MANDALAS*
KEVIN M. BAIRD

WILMINGTON OFFICE
1310 KING STREET, P.O. 1328
WILMINGTON, DE 19899
TEL: (302) 888-6500
FAX: (302) 658-8111

* ALSO ADMITTED IN PA

Writer's E-Mail Address: DBSNYDER@prickett.com

December 12, 2007

*Via E-File and Hand-Delivery*

The Honorable Joseph J. Farnan, Jr.
United States District Court Judge
United States Courthouse
844 North King Street
Wilmington, Delaware 19801

      Re:    **Felton Petroleum, Inc. v. GPM Investments, L.L.C.**
            **Civil Action No. 07-00760- JJF**

Dear Judge Farnan:

      I write on behalf of the plaintiff, Felton Petroleum, Inc., in the above-referenced action. The parties have conferred regarding an agreed upon schedule for expedited discovery and briefing upon the plaintiff's motion for a preliminary injunction. For the Court's convenience, I have enclosed a copy of the parties' Stipulated Scheduling Order and Briefing Schedule, which was filed today in the above-referenced matter.

      As set forth in the stipulation, the parties will have completed discovery and briefing upon the preliminary injunction on January 21, 2008. As a result, the parties would like to schedule a one-day hearing with the Court for a date between January 21, 2008 and February 1, 2008, when the termination of plaintiff's gas station franchise is currently scheduled to become effective. If the foregoing is acceptable to Your Honor, the parties respectfully request that the Court approve the stipulation and schedule a preliminary injunction hearing as aforesaid.

      Thank you for the Court's attention to this matter. If Your Honor should have any questions whatsoever, I am available at the call of the Court.

                                                  Respectfully submitted,

                                                  D. Benjamin Snyder
                                                  (DE Bar No. 4038)

cc:      Michael Robinson, Esquire (w/o enclosure)
           John W. Paradee, Esquire