IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELTON PETROLEUM, INC., a Delaware corporation, | : : : |
| Plaintiff, | : C.A. No. 07-00760-JJF |
| v. | : : |
| GPM INVESTMENTS, L.L.C., a Delaware limited liabilty company, | : : : |
| Defendant. | : |

## NOTICE OF SERVICE

I, Michael R. Robinson, hereby certify that on December 11, 2007, I caused a true and correct copy of the foregoing *Defendant GPM Investments, L.L.C.'s First Set of Interrogatories directed to Plaintiff Felton Petroleum, Inc.*, and *Defendant GPM Investments, L.L.C.'s First Set of Requests for Production of Documents Directed to Plaintiff Felton Petroleum, Inc.* to be served by email upon the following counsel of record:

David B. Snyder, Esq.
PRICKETT, JONES & ELLIOTT, P.A.
11 North State Street
Dover, DE 19901
DBSnyder@Prickett.com

                                               /s/ Michael R. Robinson
                                    Michael R. Robinson (DE Bar No. 4452)
                                    SAUL EWING LLP
                                    222 Delaware Avenue, Suite 1200
                                    P.O. Box 1266
                                    Wilmington, Delaware 19801-1611
                                    (302) 421-6800 (phone)
                                    (302) 421-6813 (fax)
                                    mrobinson@saul.com
                                    Counsel for Defendant GPM Investments, L.L.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FELTON PETROLEUM, INC., a Delaware corporation, | : : : | |
| Plaintiff, | : : | C.A. No. 07-00760-JJF |
| v. | : : : | |
| GPM INVESTMENTS, L.L.C., a Delaware limited liabilty company, | : : : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, Michael R. Robinson, hereby certify that on December 12, 2007, I caused a true and correct copy of the foregoing *Notice of Service for Defendant GPM Investments, L.L.C.'s First Set of Interrogatories directed to Plaintiff Felton Petroleum, Inc.*, and *Defendant GPM Investments, L.L.C.'s First Set of Requests for Production of Documents Directed to Plaintiff Felton Petroleum, Inc.* to be served by CM/ECF and via first class U.S. Mail, postage prepaid, upon the following counsel of record:

David B. Snyder, Esq.
PRICKETT, JONES & ELLIOTT, P.A.
11 North State Street
Dover, DE 19901
DBSnyder@Prickett.com

                                /s/ Michael R. Robinson
                            Michael R. Robinson (DE Bar No. 4452)
                            SAUL EWING LLP
                            222 Delaware Avenue, Suite 1200
                            P.O. Box 1266
                            Wilmington, Delaware 19801-1611
                            (302) 421-6800 (phone)
                            (302) 421-6813 (fax)
                            mrobinson@saul.com
                            Counsel for Defendant GPM Investments, L.L.C.