IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELTON PETROLEUM, INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>   v.<br><br>GPM INVESTMENTS, L.L.C., a Delaware limited liabilty company,<br><br>               Defendant. | :<br>:<br>:<br>:<br>:   C.A. No. 07-00760-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF DEPOSITION DUCES TECUM

TO:   David B. Snyder, Esq.
         PRICKETT, JONES & ELLIOTT, P.A.
         11 North State Street
         Dover, DE 19901

      **PLEASE TAKE NOTICE** that, in accordance with Rule 30 of the Federal Rules of Civil Procedure, counsel for GPM Investments, L.L.C. will take the deposition upon oral examination of Samir Patel beginning on Tuesday, December 18, 2007 at 9:30 a.m., at 222 Delaware Avenue, Suite 1200, Wilmington, Delaware, or on an alternate date and at an alternate location mutually agreeable to the parties. The deposition will be taken before a Notary Public or some other officer duly authorized by law to administer oaths. The deposition shall continue from day to day until completed.

| OF COUNSEL | /s/ Michael R. Robinson |
|---|---|
| | Michael R. Robinson (DE Bar No. 4452) |
| Brian T. Guthrie | SAUL EWING LLP |
| Melissa Hill | 222 Delaware Avenue, Suite 1200 |
| SAUL EWING LLP | P.O. Box 1266 |
| 1500 Market Street, 38th Floor | Wilmington, Delaware 19801-1611 |
| Philadelphia, PA 19102 | (302) 421-6800 (phone) |
| (215) 972-7777 (phone) | (302) 421-6813 (fax) |
| (215) 972-7725 (fax) | mrobinson@saul.com |
| bguthrie@saul.com | |
| mhill@saul.com | *Counsel for Defendant* |
| | *GPM Investments, L.L.C.* |

Dated: December 12, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| FELTON PETROLEUM, INC., a<br>Delaware corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>GPM INVESTMENTS, L.L.C., a<br>Delaware limited liabilty company,<br><br>            Defendant. | :<br>:<br>:<br>:<br>:   C.A. No. 07-00760-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Michael R. Robinson, hereby certify that on this 12th day of December, 2007, I caused a true and correct copy of the foregoing Notice of Deposition of Samir Patel to be served electronically via CM/ECF system upon the following counsel of record:

David B. Snyder, Esq.
PRICKETT, JONES & ELLIOTT, P.A.
11 North State Street
Dover, DE  19901

/s/ Michael R. Robinson
Michael R. Robinson (DE Bar No. 4452)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware  19801-1611
(302) 421-6800 (phone)
(302) 421-6813 (fax)
mrobinson@saul.com

*Counsel for Defendant GPM Investments, L.L.C.*