IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELTON PETROLEUM, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GPM INVESTMENTS, L.L.C., a Delaware limited liability company,<br><br>　　　　　Defendant. | Civil Action No.:07-760-JJF<br><br><br>JURY TRIAL DEMANDED |

STIPULATED SCHEDULING ORDER AND BRIEFING SCHEDULE

The parties, by and through their undersigned counsel, subject to the approval of the Court, hereby stipulate and agree that the following expedited schedule shall govern proceedings upon the Plaintiff's Motion for Preliminary Injunction in this action:

| | |
|---|---|
| Defendant Shall File Its Answer to Complaint | December 10, 2007 |
| Plaintiff and Defendant Shall Serve Interrogatories and Requests for Production or Admission (if any) | December 11, 2007 |
| Response to Other Party's Interrogatories Requests for Production or Admission Due (if any) | December 17, 2007 |
| Defendant Shall Conduct Depositions of Samir Patel and Darrin Buono | December 18, 2007 |
| Plaintiff Shall Conduct Depositions of Dave McComas, Bill Heinz, Max Loper, and Adam Gray (location to be decided) | December 19, 2007<br>December 20, 2007<br>December 21, 2007 |
| Plaintiff Shall File Motion for Preliminary Injunction and Opening Brief in Support Thereof | December 31, 2007 |
| Defendant Shall File Its Answering Brief | January 14, 2008 |
| Plaintiff Shall File Its Reply Brief | January 21, 2008 |
| Preliminary Injunction Hearing: 1-Day | JANUARY 24, 2008 |

554178.2

| PRICKETT, JONES & ELLIOTT, P.A. | SAUL EWING, L.L.P. |
|---|---|
| /s/ D. Benjamin Snyder<br>JOHN W. PARADEE (#2767)<br>D. BENJAMIN SNYDER (#4038)<br>KEVIN M. BAIRD (#4219)<br>11 North State Street<br>Dover, Delaware 19901<br>*Attorney for the Plaintiff.* | /s/ Michael R. Robinson<br>MICHAEL R. ROBINSON (#4452)<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, Delaware 19899<br>*Attorney for the Defendant.* |
| Dated: December 10, 2007 | Dated: December 10, 2007 |

**IT IS SO ORDERED** this _12_ day of **December, 2007.**

_____
The Honorable Joseph J. Farnan, Jr.
Judge, United States District Court

554178.2