```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE
```

FELTON PETROLEUM, INC.,          :
                                 :
          Plaintiff,             :
                                 :
     v.                          :   Civil Action No. 07-760 JJF
                                 :
GPM INVESTMENTS, L.L.C.,         :
                                 :
          Defendant.             :

### O R D E R

WHEREAS, the Court has approved the Stipulated Scheduling Order and Briefing Schedule submitted by the counsel in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A Hearing regarding the Preliminary Injunction Motion will be held on **Thursday, January 24, 2008 at 9:30 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

2. Plaintiffs and Defendants will each be allocated **2.5 hours** to present their argument.


__December 12, 2007__              _/s/ Joseph J. Farnan Jr._
          DATE                      UNITED STATES DISTRICT JUDGE