IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FELTON PETROLEUM, INC.,

        Plaintiff,

v.

GPM INVESTMENTS, L.L.C.,

        Defendant.

C.A. No. 07-760-JJF

## NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that under Federal Rules of Civil Procedure 26 and 30, Plaintiff Felton Petroleum, Inc., by and through its attorneys, shall take testimony by deposition, upon oral examination, of the following individuals, at the date, time, and location indicated:

| Deponent | Date and Time | Location |
|---|---|---|
| Bill Heinz | Wednesday, December 19, 2007, at 9:00 a.m. | Prickett, Jones & Elliott, P.A.<br>11 North State Street<br>Dover, Delaware 19901 |
| Adam Gray | Wednesday, December 19, 2007, at 1:00 p.m. | Prickett, Jones & Elliott, P.A.<br>11 North State Street<br>Dover, Delaware 19901 |
| Max Loper | Thursday, December 20, 2007, at 9:00 a.m. | GPM Investments, L.L.C.<br>7443 Lee Davis Road, Suite 301<br>Mechanicsville, Virginia 23111 |
| Dave McComas | Thursday, December 20, 2007, at 1:00 p.m. | GPM Investments, L.L.C.<br>7443 Lee Davis Road, Suite 301<br>Mechanicsville, Virginia 23111 |

These depositions shall take place before a duly qualified officer authorized by law to administer oaths and shall be recorded by stenographic means.

**PRICKETT, JONES & ELLIOTT, PA**

/s/ Kevin M. Baird
_____
John W. Paradee, Esquire (#2767)
D. Benjamin Snyder, Esquire (#4038)
Kevin M. Baird (#4219)
kmbaird@prickett.com
11 North State Street
Dover, Delaware 19901
(302) 674-3841
*Attorneys for the Plaintiff*

Date: December 14, 2007

**CERTIFICATE OF SERVICE**

I, Kevin M. Baird, hereby certify that on December 14, 2007, I caused a copy of the foregoing NOTICE OF DEPOSITION to be electronically filed via CM/ECF and served upon the following parties in the manner indicated.

**VIA CM/ECF and EMAIL**

Michael R. Robinson, Esquire
MRobinson@saul.com
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19899-1266

/s/ Kevin M. Baird
Kevin M. Baird (#4219)
kmbaird@prickett.com