IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELTON PETROLEUM, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> GPM INVESTMENTS, L.L.C., a Delaware limited liability company, <br><br> Defendant. | ) C.A. No.: 07-00760-JJF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF SERVICE OF DISCOVERY**

PLEASE TAKE NOTICE that **PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION** were served upon the following counsel on December 18, 2007 via e-mail and regular U.S. Mail. A copy of this Notice of Service was also served on the counsel below by e-mail and U.S. Mail on December 18, 2007.

Michael R. Robinson, Esquire
Saul Ewing, LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19801-1611

**PRICKETT, JONES & ELLIOTT, P.A.**

BY: /s/ D. Benjamin Snyder
D. Benjamin Snyder (ID No. 4038)
11 North State Street
Dover, Delaware 19901
(302) 674-3841
*Attorney for Plaintiff,*
*Felton Petroleum, Inc.*

DATED:

20344.1\354713v1