

SAUL
EWING
Attorneys at Law
A Delaware LLP

Michael R. Robinson
Phone: (302) 421-6895
Fax: (302) 421-5888
MRobinson@saul.com
www.saul.com

December 18, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
United States Courthouse,
844 King Street
Wilmington, DE 19801

    Re:    **Felton Petroleum, Inc. v. GPM Investments, L.L.C.**
            **C.A. No. 07-760 JJF**

Dear Judge Farnan:

    I write on behalf of Defendant GPM Investments, L.L.C. ("GPM") regarding the pending motion for admission *pro hac vice* of Brian T. Guthrie to represent GPM in this matter. (D.I. 5). GPM is authorized to represent to Your Honor that plaintiff Felton Petroleum, Inc. does not oppose such motion. Thus, GPM respectfully requests that the Court enter the proposed order granting Mr. Guthrie's admission that was submitted with the motion.

    As always, we remain at the Court's convenience.

                             Respectfully Submitted,

                             Michael R. Robinson (Del. Bar No. 4452)

cc:    D. Benjamin Snyder, Esq. (By email)
        Brian Guthrie (By email)
        Clerk of Court (By Hand Delivery)

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP