IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELTON PETROLEUM, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GPM INVESTMENTS, L.L.C., a Delaware limited liability company,<br><br>　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:  C.A. No. 07-00760-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

I, Michael R. Robinson, Esquire, hereby certify that on the 17th day of December, 2007, a copy of DEFENDANT GPM INVESTMENT, L.L.C.'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANT and DEFENDANT GPM INVESTMENTS, L.L.C.'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO DEFENDANT was served on the following parties in the manner indicated:

　　　　VIA ELECTRONIC MAIL
　　　　dbsnyder@prickett.com

　　　　David B. Snyder, Esq.
　　　　PRICKETT, JONES & ELLIOTT, P.A.
　　　　11 North State Street
　　　　Dover, DE  19901

　　　　　　　　　　SAUL EWING LLP

　　　　　　　　　　/s/ Michael R. Robinson
　　　　　　　　　　Michael R. Robinson (DE Bar No. 4452)
　　　　　　　　　　222 Delaware Avenue, Suite 1200
　　　　　　　　　　P.O. Box 1266
　　　　　　　　　　Wilmington, Delaware  19801-1611
　　　　　　　　　　(302) 421-6800 (phone)
　　　　　　　　　　(302) 421-6813 (fax)
　　　　　　　　　　mrobinson@saul.com
　　　　　　　　　　Counsel for Defendant GPM Investments, L.L.C.

554619.1 12/17/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELTON PETROLEUM, INC., a Delaware corporation, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| | :    C.A. No. 07-00760-JJF |
| v. | : <br> : |
| GPM INVESTMENTS, L.L.C., a Delaware limited liability company, | : <br> : <br> : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Michael R. Robinson, Esquire, hereby certify that on December 18, 2007, I electronically filed the NOTICE OF SERVICE of Defendant GPM Investment, L.L.C.'S Response to Plaintiff's First Set of Interrogatories Directed to Defendant and Defendant GPM Investments, L.L.C.'S Response to Plaintiff's First Request for Production to Defendant with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the documents were served on the following counsel in the manner indicated:

    **VIA ELECTRONIC MAIL**
    **dbsnyder@prickett.com**

    David B. Snyder, Esq.
    PRICKETT, JONES & ELLIOTT, P.A.
    11 North State Street
    Dover, DE 19901

                    **SAUL EWING LLP**

                    /s/ Michael R. Robinson
                    Michael R. Robinson (DE Bar No. 4452)
                    222 Delaware Avenue, Suite 1200
                    P.O. Box 1266
                    Wilmington, Delaware 19801-1611
                    (302) 421-6800 (phone)
                    (302) 421-6813 (fax)
                    mrobinson@saul.com
                    Counsel for Defendant GPM Investments, L.L.C.