# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELTON PETROLEUM, INC., | |
| Plaintiff, | |
| v. | C.A. No. 07-760-JJF |
| GPM INVESTMENTS, L.L.C., | |
| Defendant. | |

## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Plaintiff Felton Petroleum, Inc. respectfully requests that this Court enter a preliminary injunction order enjoining the defendant, GPM Investments, L.L.C., from terminating the Plaintiff's petroleum marketing franchise. The reasons for the preliminary injunction are set forth in the plaintiff's opening brief in support of this motion.

**PRICKETT, JONES & ELLIOTT, P.A.**

/s/ D. Benjamin Snyder
John W. Paradee (DE Bar No. 2767)
D. Benjamin Snyder (DE Bar No. 4038)
Kevin M. Baird (DE Bar No. 4219)
11 North State Street
Dover, Delaware 19901
(302) 674-3841
*Attorneys for the Plaintiff*

Date:   December 31, 2007

20344.1\352147v1

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELTON PETROLEUM, INC., <br><br> Plaintiff, <br><br> v. <br><br> GPM INVESTMENTS, L.L.C., <br><br> Defendant. | C.A. No. 07-760-JJF |

## **O R D E R**

At Wilmington, this _____ day of January 2008, consistent with the memorandum opinion issued this date,

IT IS ORDERED that:

1. Plaintiff's motion for a preliminary injunction is GRANTED.

2. Defendant GPM Investments, L.L.C. is enjoined from terminating the Plaintiff's petroleum marketing franchise pending resolution of the lawsuit on its merits.

_____
United States District Judge

20344.1\352147v1

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2007, a true and correct copy of the attached document was served on the following parties in the manner indicated:

**BY CM/ECF AND VIA HAND DELIVERY**

Michael R. Robinson, Esquire
Saul Ewing, L.L.P.
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19899

/s/ D. Benjamin Snyder
D. Benjamin Snyder (DE Bar No. 4038)

20344.1\352147v1