**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**11 NORTH STATE STREET**
**DOVER, DELAWARE 19901**
TEL: (302) 674-3841
FAX: (302) 674-5864
http://www.prickett.com

WAYNE N. ELLIOTT
JOHN W. PARADEE
D. BENJAMIN SNYDER*
GLENN C. MANDALAS*
KEVIN M. BAIRD

WILMINGTON OFFICE
1310 KING STREET, P.O. 1328
WILMINGTON, DE 19899
TEL: (302) 888-6500
FAX: (302) 658-8111

* ALSO ADMITTED IN PA

Writer's E-Mail Address: DBSNYDER@prickett.com

January 10, 2008

*Via E-File and Hand-Delivery*

The Honorable Joseph J. Farnan, Jr.
United States District Court Judge
United States Courthouse
844 North King Street
Wilmington, Delaware 19801

    Re:    **Felton Petroleum, Inc. v. GPM Investments, L.L.C.**
            **Civil Action No. 07-00760- JJF**

Dear Judge Farnan:

    Enclosed please find Felton Petroleum, Inc.'s Amended Opening Brief in Support of its Motion for a Preliminary Injunction in the above-referenced civil action. The brief was amended to correct citations to several deposition transcripts. The citations were off by one page because I mistook the page numbers in the electronic version of the transcripts as being at the bottom of the page (and not the top of the page). I apologize for any inconvenience this may have caused.

    Thank you for the Court's attention to this matter. If Your Honor should have any questions whatsoever, I am available at the call of the Court.

                                Respectfully submitted,

                                D. Benjamin Snyder
                                (DE Bar No. 4038)

cc:    Michael Robinson, Esquire
        John W. Paradee, Esquire