# DOCUMENT FILED UNDER SEAL

# DOCUMENT FILED UNDER SEAL

Case 1:07-cv-00760-JJF    Document 26-2    Filed 01/10/2008    Page 1 of 1