IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELTON PETROLEUM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GPM INVESTMENTS, LLC, a Delaware limited liability company,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:   C.A. No. 07-00760-JJF<br>:<br>:   **FILED UNDER SEAL**<br>:<br>:<br>:<br>:<br>: |

DEFENDANT GPM INVESTMENT, LLC'S
ANSWERING BRIEF IN OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

# DOCUMENT FILED UNDER SEAL

| | |
|---|---|
| OF COUNSEL<br><br>Brian T. Guthrie<br>SAUL EWING LLP<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>(215) 972-7777 (phone)<br>(215) 972-7725 (fax)<br>bguthrie@saul.com<br>mhill@saul.com<br><br>Dated: January 14, 2008 | Michael R. Robinson (DE Bar No. 4452)<br>SAUL EWING LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, Delaware 19801-1611<br>(302) 421-6800 (phone)<br>(302) 421-6813 (fax)<br>mrobinson@saul.com<br><br>*Counsel for Defendant*<br>*GPM Investments, LLC* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELTON PETROLEUM, INC., a Delaware corporation, | : |
| Plaintiff, | : |
| v. | : C.A. No. 07-00760-JJF |
| | : **FILED UNDER SEAL** |
| GPM INVESTMENTS, LLC, a Delaware limited liability company, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Michael R. Robinson, hereby certify that on this 14th day of January, 2008, I caused to be electronically filed a true and correct copy of the foregoing ***DEFENDANT GPM INVESTMENT, LLC'S ANSWERING BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION*** with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was also served via first class U.S. Mail, postage prepaid upon the following counsel of record:

David B. Snyder, Esq.
PRICKETT, JONES & ELLIOTT, P.A.
11 North State Street
Dover, DE 19901

**SAUL EWING LLP**

/s/ Michael R. Robinson
Michael R. Robinson (DE Bar No. 4452)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19801-1611
(302) 421-6800 (phone)
(302) 421-6813 (fax)
mrobinson@saul.com

*Counsel for Defendant GPM Investments, LLC*

555105.8 1/14/08