**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FELTON PETROLEUM, INC., a Delaware corporation, | : : | |
| Plaintiff, | : : | C.A. No. 07-00760-JJF |
| v. | : : | **FILED UNDER SEAL** |
| GPM INVESTMENTS, LLC, a Delaware limited liability company, | : : : | |
| Defendant. | : | |

**APPENDIX**

**IN SUPPORT OF DEFENDANT
GPM INVESTMENT, LLC'S ANSWERING BRIEF IN OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

# DOCUMENT FILED UNDER SEAL

OF COUNSEL

Brian T. Guthrie
SAUL EWING LLP
1500 Market Street, 38th Floor
Philadelphia, PA  19102
(215) 972-7777 (phone)
(215) 972-7725 (fax)
bguthrie@saul.com
mhill@saul.com

Dated:  January 14, 2008

Michael R. Robinson (DE Bar No. 4452)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware  19801-1611
(302) 421-6800 (phone)
(302) 421-6813 (fax)
mrobinson@saul.com

*Counsel for Defendant
GPM Investments, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELTON PETROLEUM, INC., a Delaware corporation, | : |
| Plaintiff, | : |
| v. | : C.A. No. 07-00760-JJF |
| | : **FILED UNDER SEAL** |
| GPM INVESTMENTS, LLC, a Delaware limited liability company, | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Michael R. Robinson, hereby certify that on this 14th day of January 2008, I caused a true and correct copy of the foregoing *APPENDIX IN SUPPORT OF DEFENDANT GPM INVESTMENT, LLC'S ANSWERING BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION* to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was also served via first class U.S. Mail, postage prepaid upon the following counsel of record:

David B. Snyder, Esq.
PRICKETT, JONES & ELLIOTT, P.A.
11 North State Street
Dover, DE 19901

SAUL EWING LLP

/s/ Michael R. Robinson
Michael R. Robinson (DE Bar No. 4452)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19801-1611
(302) 421-6800 (phone)
(302) 421-6813 (fax)
mrobinson@saul.com

Counsel for Defendant GPM Investments, LLC