IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELTON PETROLEUM, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>GPM INVESTMENTS, L.L.C., a Delaware limited liabilty company,<br><br>          Defendant. | :<br>:<br>:<br>:  C.A. No.  07-00760-JJF<br>:<br>:<br>:<br>:<br>:<br>: |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Melissa Hill, Esquire, of Saul Ewing LLP, 1500 Market Street, 38th Floor, Philadelphia, PA  19102, (215) 972-7777, to represent Defendant GPM Investments, L.L.C. in this matter.

In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's office with this motion.

/s/ Michael R. Robinson
Michael R. Robinson (DE Bar No. 4452)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware  19801-1611
(302) 421-6800 (phone)
(302) 421-6813 (fax)
mrobinson@saul.com

Dated: January 16, 2008          *Counsel for Defendant GPM Investments, L.L.C.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date:  January 16, 2008         Signed:  *Melissa Hill*
                                         Melissa Hill
                                         SAUL EWING LLP
                                         1500 Market Street, 38th Floor
                                         Philadelphia, PA  19102
                                         (215) 972-7777 (phone)
                                         (215) 972-7725 (fax)
                                         mhill@saul.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FELTON PETROLEUM, INC., a Delaware corporation, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 07-00760-JJF |
| | : | |
| v. | : | |
| | : | |
| GPM INVESTMENTS, L.L.C., a Delaware limited liabilty company, | : | |
| | : | |
| Defendant. | : | |

ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Admission *pro hac vice* of Melissa Hill, Esquire, is granted.

Date: _____

_____
The Honorable Joseph J. Farnan,
United States District Court Judge

555421.1 1/16/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FELTON PETROLEUM, INC., a Delaware corporation, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 07-00760-JJF |
| | : | |
| v. | : | |
| | : | |
| GPM INVESTMENTS, L.L.C., a Delaware limited liabilty company, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, Michael R. Robinson, hereby certify that on this 16th day of January, 2008, I caused a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* of Melissa Hill, Esquire to be served electronically via CM/ECF system upon the following counsel of record:

David B. Snyder, Esq.
PRICKETT, JONES & ELLIOTT, P.A.
11 North State Street
Dover, DE  19901

/s/ Michael R. Robinson
Michael R. Robinson (DE Bar No. 4452)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware  19801-1611
(302) 421-6800 (phone)
(302) 421-6813 (fax)
mrobinson@saul.com

*Counsel for Defendant GPM Investments, L.L.C.*

555421.1 1/16/08