IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELTON PETROLEUM, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br> v.<br><br>GPM INVESTMENTS, L.L.C., a Delaware limited liability company,<br><br>    Defendant. | :<br>:<br>:<br>:<br>: C.A. No. 07-00760-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ENTRY OF APPEARANCE**

  PLEASE ENTER THE APPEARANCE of Michael F. Bonkowski as attorney for Defendant GPM Investments, L.L.C. in the above-captioned matter.

OF COUNSEL

Brian T. Guthrie
SAUL EWING LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(215) 972-7777 (phone)
(215) 972-7725 (fax)
bguthrie@saul.com

Dated: January 16, 2008

**SAUL EWING LLP**

/s/ Michael F. Bonkowski
_____
Michael F. Bonkowski (DE Bar No. 2219)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19801-1611
(302) 421-6863 (phone)
(302) 421-5869 (fax)
mbonkowski@saul.com

Attorney for Defendant GPM Investments, L.L.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELTON PETROLEUM, INC., a Delaware corporation, | : : : |
| Plaintiff, | : : C.A. No. 07-00760-JJF |
| v. | : : |
| GPM INVESTMENTS, L.L.C., a Delaware limited liability company, | : : : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Michael F. Bonkowski, hereby certify that on this 16th day of January, 2008, I caused to be electronically filed a true and correct copy of the foregoing **ENTRY OF APPEARANCE** of Michael F. Bonkowski with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was also served via first class U.S. Mail, postage prepaid upon the following counsel of record:

>David B. Snyder, Esq.
>PRICKETT, JONES & ELLIOTT, P.A.
>11 North State Street
>Dover, DE 19901

SAUL EWING LLP

_____
Michael F. Bonkowski (DE Bar No. 2219)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19801-1611
(302) 421-6863 (phone)
(302) 421-5869 (fax)
mbonkowski@saul.com
Attorney for Defendant GPM Investments, L.L.C.