IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FELTON PETROLEUM, INC., a Delaware corporation, | : : : | |
| Plaintiff, | : : | C.A. No. 07-00760-JJF |
| v. | : : : | |
| GPM INVESTMENTS, L.L.C., a Delaware limited liabilty company, | : : : | |
| Defendant. | : : | |

## NOTICE OF SERVICE

I, Michael R. Robinson, hereby certify that on January 18, 2008, I caused a true and correct copy of the foregoing *Defendant GPM Investments, L.L.C.'s Supplemental Response to Plaintiff's First Set of Interrogatories Directed to Defendant* to be served via email upon the following counsel of record:

David B. Snyder, Esq.
PRICKETT, JONES & ELLIOTT, P.A.
11 North State Street
Dover, DE 19901
DBSnyder@Prickett.com

                                                 /s/ Michael R. Robinson
                                    Michael R. Robinson (DE Bar No. 4452)
                                    SAUL EWING LLP
                                    222 Delaware Avenue, Suite 1200
                                    P.O. Box 1266
                                    Wilmington, Delaware 19801-1611
                                    (302) 421-6800 (phone)
                                    (302) 421-6813 (fax)
                                    mrobinson@saul.com
                                    Counsel for Defendant GPM Investments, L.L.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FELTON PETROLEUM, INC., a Delaware corporation, | : : : | |
| Plaintiff, | : : | C.A. No. 07-00760-JJF |
| v. | : : : | |
| GPM INVESTMENTS, L.L.C., a Delaware limited liabilty company, | : : : | |
| Defendant. | : : | |

## CERTIFICATE OF SERVICE

I, Michael R. Robinson, hereby certify that on January 18, 2008, I caused a true and correct copy of the foregoing *Defendant GPM Investments, L.L.C.'s Supplemental Response to Plaintiff's First Set of Interrogatories Directed to Defendant* to be filed with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was also served via first class U.S. Mail, postage prepaid, upon the following counsel of record:

David B. Snyder, Esq.
PRICKETT, JONES & ELLIOTT, P.A.
11 North State Street
Dover, DE 19901
DBSnyder@Prickett.com

                                             /s/ Michael R. Robinson
                             Michael R. Robinson (DE Bar No. 4452)
                             SAUL EWING LLP
                             222 Delaware Avenue, Suite 1200
                             P.O. Box 1266
                             Wilmington, Delaware 19801-1611
                             (302) 421-6800 (phone)
                             (302) 421-6813 (fax)
                             mrobinson@saul.com
                             Counsel for Defendant GPM Investments, L.L.C.