IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELTON PETROLEUM, INC., <br><br> Plaintiff, <br><br> v. <br><br> GPM INVESTMENTS, LLC, <br><br> Defendant. | C.A. No. 07-760-JJF |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that **PLAINTIFF FELTON PETROLEUM INC.'S SUPPLEMENTAL RESPONSE TO DEFENDANTS FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF** was served upon the following counsel on January 22, 2008 via e-mail and regular U.S. Mail. A copy of this Notice of Service was also served on the counsel below by e-mail and U.S. Mail on January 22, 2008.

Michael R. Robinson, Esquire
Saul Ewing, LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19801-1611

PRICKETT, JONES & ELLIOTT, P.A.

BY: _____
D. Benjamin Snyder, Esquire (#4038)
11 North State Street
Dover, Delaware 19901
(302) 674-3841 (phone)
(302) 674-5864 (fax)
*Counsel for Plaintiff,*
*Felton Petroleum, Inc.*

DATED: 1/22/08

20344.1\358221v1