**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**11 NORTH STATE STREET**
**DOVER, DELAWARE 19901**
TEL: (302) 674-3841
FAX: (302) 674-5864
http://www.prickett.com

WAYNE N. ELLIOTT
JOHN W. PARADEE
D. BENJAMIN SNYDER*
GLENN C. MANDALAS*
KEVIN M. BAIRD

WILMINGTON OFFICE
1310 KING STREET, P.O. 1328
WILMINGTON, DE 19899
TEL: (302) 888-6500
FAX: (302) 658-8111

* ALSO ADMITTED IN PA

Writer's E-Mail Address: DBSNYDER@prickett.com

January 23, 2008

*Via E-File and Hand-Delivery*

The Honorable Joseph J. Farnan, Jr.
United States District Court Judge
United States Courthouse
844 North King Street
Wilmington, Delaware 19801

      Re:    Felton Petroleum, Inc. v. GPM Investments, L.L.C.
             Civil Action No. 07-00760- JJF

Dear Judge Farnan:

     I am writing to advise the Court that the parties in the above-referenced matter have reached an agreement in principle to settle this case. A preliminary injunction hearing is scheduled for tomorrow, January 24, 2008, at 9:30 a.m. Accordingly, the parties respectfully request that the Court continue the preliminary injunction hearing for a period of at least thirty days to allow the parties to finalize and document the settlement.

     Thank you for the Court's attention to this matter. If Your Honor should have any questions whatsoever, I am available at the call of the Court.

                                           Respectfully submitted,

                                           D. Benjamin Snyder
                                           (DE Bar No. 4038)

cc:    Michael Bonkowski, Esquire
        Michael Robinson, Esquire
        Brian Guthrie, Esquire
        John W. Paradee, Esquire