IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FELTON PETROLEUM, INC. | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 07-760-JJF |
| GPM INVESTMENTS, L.L.C., | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, a preliminary injunction hearing in this matter is scheduled for January 24, 2008, at 9:30 a.m.;

WHEREAS, by letter dated January 23, 2008, the parties have requested that the Court continue the preliminary injunction hearing for at least 30-days (D.I. 37);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The preliminary injunction hearing scheduled for January 24, 2008 is cancelled.

2. The parties shall advise the Court within 30-days of this Order whether another hearing will be necessary.

January 25, 2008
DATE

UNITED STATES DISTRICT JUDGE