# PRICKETT, JONES & ELLIOTT
A PROFESSIONAL ASSOCIATION
**11 NORTH STATE STREET**
**DOVER, DELAWARE 19901**
TEL: (302) 674-3841
FAX: (302) 674-5864
http://www.prickett.com

WAYNE N. ELLIOTT
JOHN W. PARADEE
D. BENJAMIN SNYDER*
GLENN C. MANDALAS*
KEVIN M. BAIRD

WILMINGTON OFFICE
1310 KING STREET, P.O. 1328
WILMINGTON, DE 19899
TEL: (302) 888-6500
FAX: (302) 658-8111

* ALSO ADMITTED IN PA

Writer's E-Mail Address: DBSNYDER@prickett.com

February 25, 2008

*Via E-File and Hand-Delivery*

The Honorable Joseph J. Farnan, Jr.
United States District Court Judge
United States Courthouse
844 North King Street
Wilmington, Delaware 19801

>        **Re:     Felton Petroleum, Inc. v. GPM Investments, L.L.C.**
>                **Civil Action No. 07-00760- JJF**

Dear Judge Farnan:

Pursuant to the Court's Order dated January 25, 2008, I am writing to provide an update on the status of the above-referenced matter. The parties are in the process of finalizing and documenting the settlement, and hope to be done in the next couple of weeks. As a result, the parties respectfully request that the Court allow the parties an additional 30 days to report to the Court whether the case will proceed and a preliminary injunction hearing will need to be scheduled.

Thank you for the Court's attention to this matter. If Your Honor should have any questions whatsoever, I am available at the call of the Court.

Respectfully submitted,

D. Benjamin Snyder
(DE Bar No. 4038)

cc:     Michael Robinson, Esquire
        Brian Guthrie, Esquire
        John W. Paradee, Esquire