# PRICKETT, JONES & ELLIOTT
A PROFESSIONAL ASSOCIATION

11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864
http://www.prickett.com

WAYNE N. ELLIOTT
JOHN W. PARADEE
D. BENJAMIN SNYDER*
GLENN C. MANDALAS*
KEVIN M. BAIRD

WILMINGTON OFFICE
1310 KING STREET, P.O. 1328
WILMINGTON, DE 19899
TEL: (302) 888-6500
FAX: (302) 658-8111

* ALSO ADMITTED IN PA

Writer's E-Mail Address: DBSNYDER@prickett.com

March 26, 2008

*Via E-File and Hand-Delivery*

The Honorable Joseph J. Farnan, Jr.
United States District Court Judge
United States Courthouse
844 North King Street
Wilmington, Delaware 19801

      Re:    Felton Petroleum, Inc. v. GPM Investments, L.L.C.
             Civil Action No. 07-00760- JJF

Dear Judge Farnan:

      Pursuant to the Court's Order of March 4, 2008, I am writing to provide an update on the status of the above-referenced matter. The parties have reached agreement regarding most of the terms of the settlement, with the exception of primarily two provisions, upon which the parties are still attempting to reach a compromise. The parties expect to finalize the settlement within the next two weeks. As a result, the parties respectfully request that the Court allow the parties an additional 15 days to report to the Court whether the case will proceed and a preliminary injunction hearing will need to be scheduled.

      Thank you for the Court's attention to and patience with this matter. If Your Honor should have any questions whatsoever, I am available at the call of the Court.

                                  Respectfully submitted,

                                  D. Benjamin Snyder
                                  (DE Bar No. 4038)

cc:    Michael Robinson, Esquire
        Brian Guthrie, Esquire
        John W. Paradee, Esquire