# PRICKETT, JONES & ELLIOTT
A PROFESSIONAL ASSOCIATION
**11 NORTH STATE STREET**
**DOVER, DELAWARE 19901**
TEL: (302) 674-3841
FAX: (302) 674-5864
http://www.prickett.com

WAYNE N. ELLIOTT
JOHN W. PARADEE
D. BENJAMIN SNYDER*
GLENN C. MANDALAS*
KEVIN M. BAIRD

WILMINGTON OFFICE
1310 KING STREET, P.O. 1328
WILMINGTON, DE 19899
TEL: (302) 888-6500
FAX: (302) 658-8111

* ALSO ADMITTED IN PA

Writer's E-Mail Address: DBSNYDER@prickett.com

April 25, 2008

*Via E-File and U.S. Mail*

The Honorable Joseph J. Farnan, Jr.
United States District Court Judge
United States Courthouse
844 North King Street
Wilmington, Delaware 19801

    Re:    **Felton Petroleum, Inc. v. GPM Investments, L.L.C.**
            **Civil Action No. 07-00760- JJF**

Dear Judge Farnan:

    I am writing to advise the Court that the above-referenced civil action has settled. The parties executed the settlement documents today, and a stipulation of dismissal will be filed with the Court shortly.

    Thank you for the Court's willingness to act promptly to schedule the preliminary injunction hearing in this matter and for the Court's patience while the parties worked to resolve the case. If Your Honor should have any questions whatsoever, I am available at the call of the Court.

                                        Respectfully submitted,

                                        D. Benjamin Snyder
                                        (DE Bar No. 4038)

cc:    Michael Robinson, Esquire
        John W. Paradee, Esquire