IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FELTON PETROLEUM, INC., a Delaware corporation, | : : : | |
| Plaintiff, | : : : | |
| | : | C.A. No. 07-00760-JJF |
| v. | : : : | |
| GPM INVESTMENTS, L.L.C., a Delaware limited liability company, | : : : : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

Plaintiff, Felton Petroleum, Inc., and Defendant, GPM Investments, LLC, by and through their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a), to dismiss this action with prejudice with each party bearing its own costs and attorneys' fees.

/s/ D. Benjamin Snyder
John W. Paradee (DE Bar No. 2767)
D. Benjamin Snyder (DE Bar No. 4038)
PRICKETT, JONES & ELLIOTT, P.A.
11 North State Street
Dover, Delaware 19901

*Counsel for Plaintiff Felton Petroleum, Inc.*

Dated: April 24, 2008

/s/ Michael R. Robinson
Michael R. Robinson (DE Bar No. 4452)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19801-1611

*Counsel for Defendant GPM Investments, LLC*

Dated: April 30, 2008