IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FELTON PETROLEUM, INC., a                :
Delaware corporation,                    :
                                         :
            Plaintiff,                   :
                                         :   C.A. No. 07-00760-JJF
    v.                                   :
                                         :
GPM INVESTMENTS, L.L.C., a               :
Delaware limited liability company,      :
                                         :
            Defendant.                   :

## STIPULATION OF DISMISSAL

Plaintiff, Felton Petroleum, Inc., and Defendant, GPM Investments, LLC, by and through their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a), to dismiss this action with prejudice with each party bearing its own costs and attorneys' fees.

_____         _____
John W. Paradee (DE Bar No. 2767)        Michael R. Robinson (DE Bar No. 4452)
D. Benjamin Snyder (DE Bar No. 4038)     SAUL EWING LLP
PRICKETT, JONES & ELLIOTT, P.A.          222 Delaware Avenue, Suite 1200
11 North State Street                    P.O. Box 1266
Dover, Delaware 19901                    Wilmington, Delaware 19801-1611

*Counsel for Plaintiff Felton Petroleum, Inc.*   *Counsel for Defendant GPM Investments, LLC*

Dated: April 24, 2008                    Dated: April 30, 2008


Dated May 9, 2008          SO ORDERED _____
                                        U.S. District Judge